IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

JON RAYMOND CARRIGAN,　　　　　§
#26552177

VS.　　　　　　　　　　　　　　§　　　　　CIVIL ACTION NO. 5:06cv288

WARDEN, F.C.I.　　　　　　　　§

ORDER ADOPTING REPORT AND RECOMMENDATION

Petitioner Jon Raymond Carrigan, a prisoner confined at the McCabe Center Halfway House in Austin, Texas, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. The petition was referred to United States Magistrate Judge Caroline M. Craven.

The Magistrate Judge presented for consideration the Magistrate Judge's Report, containing proposed findings of fact and recommendations for disposition of this case.

Petitioner filed objections to the Report. This Court made a *de novo* review of Petitioner's objections and determined that they lack merit.

This Court finds that the Magistrate Judge's findings and conclusions are correct, and adopts them as the Court's findings and conclusions. The Court therefore

**ORDERS**, **ADJUDGES,** and **DECREES** that this action is **DISMISSED WITH PREJUDICE** for lack of jurisdiction and dismissed without prejudice regarding all other issues; and

**ORDERS** that all motions not previously ruled on are denied.

**SIGNED this 19th day of March, 2007.**


DAVID FOLSOM
UNITED STATES DISTRICT JUDGE